FILED
Nov. 19. 2019
Clerk, U.S. District Court
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY D. MELBOURNE,<br><br>Defendant. | CR 08-150-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Anthony D. Melbourne (Melbourne) has been accused of violating the conditions of his supervised release. The Court treated alleged violations 4 and 5 as a single violation given that they involved the same conduct. Melbourne admitted the alleged violations. Melbourne's supervised release should be revoked. Melbourne should be placed in custody for 1 month, with 59 months of supervised release to follow. Melbourne should serve at least the first 60 days of supervised release at Connections Corrections in Warm Springs, Montana.

## II. Status

Melbourne pleaded guilty to Second Degree Murder on March 17, 2009.

(Doc. 12). The Court sentenced Melbourne to 168 months of custody, followed by 5 years of supervised release. (Doc. 15). Melbourne's current term of supervised release began on September 6, 2019. (Doc. 38 at 1).

**Petition**

The United States Probation Office filed a Petition on November 18, 2019, requesting that the Court revoke Melbourne's supervised release. (Doc. 38). The Petition alleges that Melbourne violated the conditions of his supervised release by consuming alcohol on five separate occasions. (Doc. 38 at 1-2).

**Initial appearance**

Melbourne appeared before the undersigned for his initial appearance on November 19, 2019. Melbourne was represented by counsel. Melbourne stated that he had read the petition and that he understood the allegations. Melbourne waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on November 19, 2019. The Court treated alleged violations 4 and 5 as a single violation given that they involved the same conduct. Melbourne admitted that he had violated the conditions of his supervised release by consuming alcohol on four separate

2

occasions. The violations are serious and warrant revocation of Melbourne's supervised release.

Melbourne's violations are Grade C violations. Melbourne's criminal history category is IV. Melbourne's underlying offense is a Class A felony. Melbourne could be incarcerated for up to 60 months. Melbourne could be ordered to remain on supervised release for up to 60 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 6 to 12 months.

### III. Analysis

Melbourne's supervised release should be revoked. Melbourne should be incarcerated for 1 month, with 59 months of supervised release to follow. Melbourne should serve at least the first 60 days of supervised release at Connections Corrections in Warm Springs, Montana. The supervised release conditions imposed previously should be continued. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Melbourne that the above sentence would be recommended to Judge Morris. The Court also informed Melbourne of his right to object to these Findings and Recommendations within 14 days of their issuance.

The Court explained to Melbourne that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. Melbourne stated that he wished to waive his right to object to these Findings and Recommendations, and that he wished to waive his right to allocute before Judge Morris.

The Court **FINDS:**

> That Anthony D. Melbourne violated the conditions of his supervised release by consuming alcohol on four separate occasions.

The Court **RECOMMENDS:**

> That the District Court revoke Melbourne's supervised release and commit Melbourne to the custody of the United States Bureau of Prisons for a term of imprisonment of 1 month, with 59 months of supervised release to follow. Melbourne should serve at least the first 60 days of supervised release at Connections Corrections in Warm Springs, Montana.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written

objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 19th day of November, 2019.

                                                                  /s/ John Johnston
                                                                  John Johnston
                                                                  United States Magistrate Judge