IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY D. MELBOURNE,<br><br>Defendant. | CR 08-150-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Anthony D. Melbourne (Melbourne) has been accused of violating the conditions of his supervised release. Melbourne admitted alleged violations 1, 2, 3 and 4. Melbourne denied alleged violation 5. The Court dismissed alleged violation 5 on the government's motion. Melbourne's supervised release should be revoked. Melbourne should be placed in custody for 24 months, with no supervised release to follow.

## II. Status

Melbourne pleaded guilty to Second Degree Murder on March 17, 2009. (Doc. 12). The Court sentenced Melbourne to 168 months of custody, followed by 5 years of supervised release. (Doc. 15). Melbourne's current term of supervised release began on March 16, 2021. (Doc. 73 at 2).

**Petition**

The United States Probation Office filed an Amended Petition on September 7, 2021, requesting that the Court revoke Melbourne's supervised release. (Doc. 73). The Amended Petition alleges that Melbourne violated the conditions of his supervised release: 1) by using methamphetamine on three separate occasions; 2) by failing to report to his probation officer as directed; and 3) by committing another crime. (Doc. 73 at 2-3).

**Initial appearance**

Melbourne appeared before the undersigned for his initial appearance on September 20, 2021. Melbourne was represented by counsel. Melbourne stated that he had read the petition and that he understood the allegations. Melbourne waived his right to a preliminary hearing.

**Revocation hearing**

The Court conducted a revocation hearing on September 20, 2021. Melbourne admitted that he had violated the conditions of his supervised release: 1) by using methamphetamine on three separate occasions; and 2) by failing to report to his probation officer as directed. Melbourne denied alleged violation 5. The Court dismissed alleged violation 5 on the government's motion. The violations that Melbourne admitted are serious and warrant revocation of

2

Melbourne's supervised release.

Melbourne's violations are Grade C violations. Melbourne's criminal history category is IV. Melbourne's underlying offense is a Class A felony. Melbourne could be incarcerated for up to 60 months. Melbourne could be ordered to remain on supervised release for up to 50 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 6 to 12 months.

### III. Analysis

Melbourne's supervised release should be revoked. Melbourne should be incarcerated for 24 month, with no supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Melbourne that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Melbourne of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Melbourne that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That Anthony D. Melbourne violated the conditions of his supervised release: by using methamphetamine on three separate occasions; and by failing to report to his probation officer as directed.

The Court **RECOMMENDS:**

That the District Court revoke Melbourne's supervised release and commit Melbourne to the custody of the United States Bureau of Prisons for 24 months, with no supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 21st day of September, 2021.

John Johnston
United States Magistrate Judge

4